CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 17 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>BRIAN LAMONT ROBINSON,<br><br>*Defendant.* | CRIMINAL NO. 3:08-CR-00047<br><br><u>ORDER</u><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on the U.S. Magistrate Judge's report and recommendations on the Defendant's plea of guilty (docket no. 28). The Court referred this case to Magistrate Judge B. Waugh Crigler pursuant to 28 U.S.C. § 636(b)(3) to conduct a plea hearing. The hearing was conducted on January 28, 2009, and based on his findings at the hearing, the Magistrate Judge recommended that the Court accept the Defendant's plea of guilty. There are no objections to the report and recommendations.

Accordingly, the Court ADOPTS the Magistrate Judge's report and recommendations without change, and ACCEPTS the Defendant's plea of guilty to Count One of the Indictment. The U.S. Probation Office is directed to conduct a presentence investigation and to prepare a presentence report in accordance with Fed. R. Crim. P. 32 and 18 U.S.C. § 3552.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this order to all counsel of record and to the U.S. Probation Office.

ENTERED: This 17th Day of February, 2009.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE